| | |
|---|---|
| 1 | CAROL W. LYNCH (State Bar No. 102149)<br>CITY ATTORNEY |
| 2 | CITY OF RANCHO PALOS VERDES |
| 3 | RICHARDS, WATSON & GERSHON<br>  A Professional Corporation |
| 4 | MITCHELL E. ABBOTT (State Bar No. 64990)<br>AARON C. O'DELL (State Bar No. 281851) |
| 5 | 355 South Grand Avenue, 40th Floor<br>Los Angeles, California 90071-3101 |
| 6 | Telephone:  213.626.8484<br>Facsimile:  213.626.0078 |
| 7 | mabbott@rwglaw.com |
| 8 | Attorneys for Defendant and Counterclaimant,<br>*City of Rancho Palos Verdes* |
| 9 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VH PROPERTY CORP., and VHPS LLC,<br><br>        Plaintiffs,<br>    v.<br><br>CITY OF RANCHO PALOS VERDES;<br>COTTON, SHIRES AND ASSOCIATES,<br>INC.; WILLIAM COTTON;<br>HELENSCHMIDT GEOTECHNICAL,<br>INC.; STANLEY HELENSCHMIDT;<br>GEOKINETICS INC. a/k/a APPLIED<br>GEOKINETICS; GLENN TOFANI; and<br>DOES 1-100, inclusive,et al.,<br><br>        Defendants.<br>_____<br>CITY OF RANCHO PALOS VERDES,<br><br>        Counterclaimant,<br><br>    v.<br><br>VH PROPERTY CORP. and VHPS LLC,<br><br>        Counterdefendants. | Case No. CV 2-09-00298-MMM (PJWx)<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION**<br>**(F.R.Civ.P., Rule 41(a)(1)(A)(ii)**<br><br>[Hon. Margaret M. Morrow,<br>United States District Judge]<br><br>Filed:  Dec.18, 2008<br>(L.A. Superior Court No. BC404048)<br><br>Removal Filed:  January 14, 2009<br>Partial Remand Ordered:  March 23, 2009 |

---

Order of Dismissal Pursuant to Stipulation (F.R.Civ.P., Rule 41(a)(1)(A)(ii))

R6876-1099\1494293v1.doc

## ORDER

Upon the stipulation of the parties, and for good cause shown, now therefore,

**IT IS HEREBY ORDERED** that the remaining federal law claims, over which this Court retained jurisdiction in its remand order of March 23, 2009, are **DISMISSED, WITH PREJUDICE**, upon the stipulation of the parties.

**IT IS FURTHER ORDERED** that, in accordance with the stipulation of the parties, each party shall bear its own costs of suit herein.

The Clerk is directed to enter this Order.

Dated:   November 6   , 2012

*Margaret M. Morrow*

Margaret M. Morrow
United States District Judge